FILED

11/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0478

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0478

IN THE MATTER OF:

J.W.P. III,

A Youth in Need of Care.

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until January 3, 2022 to prepare, serve, and file her Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 23 2021